# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| SHAUNDRA SMITH-McKEITHEN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. CV413-126 |
| ) | |
| SODEXO, INC., ) | |
| ) | |
| Defendant. ) | |

## O R D E R

The Court having reviewed and considered the petition of Kristy G. Offitt of the law firm of Ogletree, Deakins, Nash, Smoak and Stewart, P.C., 191 Peachtree Street, NE, Suite 4800, Atlanta, Georgia 30303, for permission to appear pro hac vice on behalf of defendant Sodexo, Inc., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Kristy G. Offitt as counsel of record for defendant Sodexo, Inc., in this case.

**SO ORDERED** this __25th__ day of July, 2013.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA